■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELIJAH R. WEATHERSBY, Appellant. [675 NYS2d 923] —Judgment unanimously affirmed. Memorandum: The verdict finding defendant guilty of robbery in the first degree (Penal Law § 160.15 [2]) and related crimes is not against the weight of the evidence (*see, People v Bleakley*, 69 NY2d 490, 495). County Court properly denied without a hearing defendant's motion challenging the panel of prospective jurors (*see, People v Grant*, 226 AD2d 1092, *lv denied* 89 NY2d 864). Defendant's request for a missing witness charge was untimely and thus properly denied (*see, People v Bender*, 244 AD2d 910, *lv denied* 91 NY2d 923). The sentence is neither unduly harsh nor severe. (Appeal from Judgment of Niagara County Court, Hannigan, J.—Robbery, 1st Degree.) Present—Lawton, J. P., Wisner, Callahan, Boehm and Fallon, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL PERRY, Appellant. [675 NYS2d 924] —Judgment unanimously affirmed. Memorandum: Defendant failed to preserve for our review his contention that his guilty plea was not knowingly, voluntarily and intelligently made (*see, People v Ferguson*, 192 AD2d 800, *lv denied* 82 NY2d 717). Defendant failed to object to the enhanced sentence or to seek to withdraw his plea or vacate the judgment of conviction based upon the imposition of the sentence. Thus, defendant's contentions concerning the enhanced sentence are not preserved for our review (*see*, CPL 470.05 [2]; *People v Ramirez*, 210 AD2d 56, *lv denied* 84 NY2d 1037). We decline to exercise our power to address those contentions as a matter of discretion in the interest of justice (*see*, CPL 470.15 [6] [a]). The sentence is neither unduly harsh nor severe. (Appeal from Judgment of Supreme Court, Onondaga County, Dwyer, J.—Assault, 2nd Degree.) Present—Lawton, J. P., Wisner, Callahan, Boehm and Fallon, JJ.